# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00050 |
| v. | ) | Assigned To : Meriweather, Robin M. |
| | ) | Assign. Date : 1/13/2021 |
| JOHN EARLE SULLIVAN | ) | Description: Complaint w/ Arrest Warrant |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 18 U.S.C. §§ 231(a)(3) & 2 | Civil Disorders |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew Fouler, Special Agent FBI
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone.

Date: 01/13/2021

_Judge's signature_

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_