**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No: 21-MJ-00050 (RMM)** |
| **v.** : | |
| : | |
| **JOHN SULLIVAN,** : | |
| : | |
| **Defendant.** : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney ("AUSA") Candice C. Wong. The undersigned will substitute for Assistant United States Attorney Amanda Vaughn as counsel for the United States. AUSA Wong may be contacted either by phone at 202-252-7849 or by e-mail at candice.wong@usdoj.gov.

                              Respectfully submitted,

                              MICHAEL R. SHERWIN
                              Acting United States Attorney
                              New York Bar No. 4444188

By:   /s/ *Candice C. Wong*
        Candice C. Wong
        Assistant United States Attorney
        D.C. Bar No: 990903
        United States Attorney's Office
        555 Fourth Street, N.W. #4816
        Washington, D.C. 20530
        Telephone: 202-252-7849
        E-mail: candice.wong@usdoj.gov