NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                            Criminal Number  21-mj-50

John Sullivan
      (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Steven R. Kiersh 323329
(Attorney & Bar ID Number)
Steven R. Kiersh
(Firm Name)
5335 Wisconsin Avenue, N.W. #440
(Street Address)
Washington, D.C. 20015
(City)         (State)         (Zip)
(202) 347-0200
(Telephone Number)